[Civ. No. 2651.  Fourth Dist.  Feb. 15, 1943.]

THE PEOPLE, Appellant, v. PORTER L. BROWN, Respondent.

Earl Warren, Attorney General, and Walter L. Bowers and Gilbert F. Nelson, Deputies Attorney General, for Appellant.

Irvine P. Aten, Richard V. Aten and G. L. Aynesworth for Respondent.

THE COURT.—The decision of the Supreme Court of the United States in *Parker, Director of Agriculture, et al.* v. *Brown,* —— U.S. —— [63 S.Ct. 307, 87 L.Ed. ——], is controlling upon this appeal.  Upon that authority the judgment herein is reversed.

[Civ. No. 2653.  Fourth Dist.  Feb. 15, 1943.]

RAISIN PRORATION ZONE NO. 1, Appellant, v. PORTER L. BROWN, Respondent.

Strother P. Walton for Appellant.

Irvine P. Aten, Richard V. Aten and G. L. Aynesworth for Respondent.

THE COURT.—The decision of the Supreme Court of the United States in *Parker, Director of Agriculture, et al.* v. *Brown,* —— U.S. —— [63 S.Ct. 307, 87 L.Ed. ——], is controlling upon this appeal.  Upon that authority the judgment herein is reversed.